UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | | |
|---|---|---|
| ALAN T. BEASLEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| NANCY A. BERRYHILL, | ) | 7:15-CV-246-BO |
| Acting Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**Decision by Court.**
This cause comes before the Court on cross-motions for judgment on the pleadings.

**IT IS ORDERED, ADJUDGED AND DECREED** plaintiff Alan T. Beasley's motion for judgment on the pleadings [DE 21] is DENIED and defendant Nancy A. Berryhill's motion for judgment on the pleadings [DE 23] is GRANTED. The decision of the ALJ is AFFIRMED.

**This judgment filed and entered on March 23, 2017, and served on:**
H. Clifton Hester (via CM/ECF Notice of Electronic Filing)
Peter Heinlein (via CM/ECF Notice of Electronic Filing)
Christopher Anderson (via CM/ECF Notice of Electronic Filing)
Stephen F. Dmetruk (via CM/ECF Notice of Electronic Filing)

March 23, 2017



JULIE RICHARDS JOHNSTON, CLERK

By: Deputy Clerk